IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WENDY LEE, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>v.<br><br>MARK PINCUS, JOHN SCHAPPERT, WILLIAM GORDON, REID HOFFMAN, JEFFERY KATZENBERG, STANLEY J. MERESMAN, SUNIL PAUL, OWEN VAN NATTA, MORGAN STANLEY & CO. LLC, GOLDMAN, SACHS & CO., AND ZYNGA INC.,<br><br>          Defendants. | Case No. 1:13-cv-00834-UNA |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for defendants Morgan Stanley & Co. LLC and Goldman, Sachs & Co. states as follows:

Defendant Morgan Stanley & Co. LLC is a limited liability company whose sole member is Morgan Stanley Domestic Holdings, Inc., a corporation wholly owned by Morgan Stanley Capital Management, LLC, a limited liability company whose sole member is Morgan Stanley. Morgan Stanley is a publicly held corporation that has no parent corporation. Based on Securities and Exchange Commission Rules regarding beneficial ownership, Mitsubishi UFJ Financial Group, Inc., 7-1 Marunouchi 2-chome, Chiyoda-ku, Tokyo 100-8330, beneficially owns greater than 10% of Morgan Stanley's outstanding common stock.

Defendant Goldman, Sachs & Co. is a limited partnership; its limited partner, The Goldman Sachs Group, Inc., is a publicly held corporation with no corporate parent. No other publicly held company owns more than a 10% interest in Goldman, Sachs & Co.

| | |
|---|---|
| OF COUNSEL | /s/ Gregory V. Varallo |
| | Gregory V. Varallo (#2242) |
| SIMPSON THACHER & | Thomas A. Uebler (#5074) |
| BARTLETT LLP | Robert L. Burns (#5314) |
| Bruce D. Angiolillo | RICHARDS, LAYTON & FINGER, P.A. |
| 425 Lexington Avenue | One Rodney Square |
| New York, New York 10017-3954 | 920 North King Street |
| (212) 455-2000 | Wilmington, Delaware 19801 |
| | (302) 651-7700 |
| Simona G. Strauss | |
| 2475 Hanover Street | *Attorneys for Defendants Morgan Stanley &* |
| Palo Alto, California 94304 | *Co. LLC and Goldman, Sachs & Co.* |
| (650) 251-5000 | |

Dated: May 24, 2013

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 24, 2013, copies of the foregoing document were caused to be served by e-file on the following counsel of record:

Elizabeth M. McGeever (#2057)
J. Clayton Athey (#4378)
PRICKETT, JONES & ELLIOTT, P.A.
1310 King Street
Wilmington, DE 19801
(302) 888-6500
emmcgeever@prickett.com
jcathey@prickett.com

Danielle Gibbs (#3698)
Nicholas J. Rohrer (#5381)
Paul J. Loughman (#5508)
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19899-0391
(302) 571-6600
dgibbs@ycst.com
nrohrer@ycst.com
ploughman@ycst.com

*/s/ Thomas A. Uebler* (#5074)
Thomas A. Uebler (#5074)
Uebler@rlf.com