IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WENDY LEE, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>MARK PINCUS, JOHN SCHAPPERT, WILLIAM GORDON, REID HOFFMAN, JEFFREY KATZENBERG, STANLEY J. MERESMAN, SUNIL PAUL, OWEN VAN NATTA, MORGAN STANLEY & CO. LLC, GOLDMAN, SACHS & CO., and ZYNGA INC.,<br><br>   Defendants. | Case No. 13-834-SLR |

## **JOINT STATEMENT PURSUANT TO LOCAL RULE 81.2**

Plaintiff Wendy Lee and Defendants Mark Pincus, John Schappert, William Gordon, Reid Hoffman, Jeffrey Katzenberg, Stanley J. Meresman, Sunil Paul, Owen Van Natta, Morgan Stanley & Co. LLC, Goldman, Sachs & Co., and Zynga Inc. (the "Parties") jointly submit this statement pursuant to District of Delaware Local Rule 81.2.

This action was removed from the Delaware Court of Chancery on May 10, 2013 (D.I. 1). At this time, there are no pending matters requiring judicial action.

| | |
|---|---|
| PRICKETT, JONES & ELLIOTT, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Elizabeth M. McGeever* | */s/ Robert M. Vrana* |
| Elizabeth M. McGeever (No. 2057)<br>J. Clayton Athey (No. 4378)<br>1310 King Street<br>Wilmington, DE 19801<br>(302) 888-6500<br>emmcgeever@prickett.com | Danielle Gibbs (No. 3698)<br>Nicholas Rohrer (No. 5381)<br>Robert M. Vrana (No. 5666)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>dgibbs@ycst.com<br>nrohrer@ycst.com<br>rvrana@ycst.com |

*Attorneys for Plaintiff* (left column)

OF COUNSEL:

WOHL & FRUCHTER LLP
Ethan D. Wohl
570 Lexington Ave., 16th Floor
New York, NY 10022
(212) 758-4000

(right column)

*Attorneys for Defendants Mark Pincus, John Schappert, William Gordon, Reid Hoffman, Jeffrey Katzenberg, Stanley J. Meresman, Sunil Paul, Owen Van Natta, and Zynga Inc.*

OF COUNSEL:

MORRISON & FOERSTER LLP
Jordan Eth
Anna Erickson White
Kevin A. Calia
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000
jeth@mofo.com
awhite@mofo.com
kcalia@mofo.com

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Robert L. Burns*

Gregory V. Varallo (No. 2242)
Thomas A. Uebler (No. 5074)
Robert L. Burns (No. 5314)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
varallo@rlf.com
uebler@rlf.com
burns@rlf.com

*Attorneys for Defendants Morgan Stanley & Co. LLC and Goldman, Sachs & Co.*

OF COUNSEL:

SIMPSON THACHER & BARTLETT LLP
Bruce D. Angiolillo
425 Lexington Avenue
New York, NY 10017-3954
(212) 455-2000
bangiolillo@stblaw.com

Simona G. Strauss
2475 Hanover Street
Palo Alto, CA 94304
(650) 251-5000
sstrauss@stblaw.com

Dated: May 31, 2013

01:13654214.1