IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WENDY LEE, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>MARK PINCUS, JOHN SCHAPPERT, WILLIAM GORDON, REID HOFFMAN, JEFFREY KATZENBERG, STANLEY J. MERESMAN, SUNIL PAUL, OWEN VAN NATTA, MORGAN STANLEY & CO. LLC, GOLDMAN, SACHS & CO., and ZYNGA INC.,<br><br>                Defendants. | Case No. 13-834-SLR |

## **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of the following counsel to represent Defendants Mark Pincus, John Schappert, William Gordon, Reid Hoffman, Jeffrey Katzenberg, Stanley J. Meresman, Sunil Paul, Owen Van Natta, and Zynga Inc. in this action:

>Jordan Eth, Esquire [jeth@mofo.com]
>Anna Erickson White, Esquire [awhite@mofo.com]
>Kevin Calia, Esquire [kcalia@mofo.com]
>MORRISON & FOERSTER LLP
>425 Market Street
>San Francisco, CA  94105

In accordance with the Court's Standing Order for District Court Fund effective July 23, 2009, I certify that the annual fee of $25.00 per attorney, if not previously paid, will be submitted to the Clerk's Office upon the filing of this motion.

01:13643965.1

|  |  |
|---|---|
| | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | */s/ Robert M. Vrana* |
| | Danielle Gibbs (No. 3698) <br> Nicholas Rohrer (No. 5381) |
| MORRISON & FOERSTER LLP <br> Jordan Eth <br> Anna Erickson White <br> Kevin A. Calia <br> 425 Market Street <br> San Francisco, CA  94105-2482 <br> (415) 268-7000 <br> jeth@mofo.com <br> awhite@mofo.com <br> kcalia@mofo.com <br><br> Dated: May 31, 2013 | Robert M. Vrana (No. 5666) <br> 1000 North King Street <br> Wilmington, DE  19801 <br> (302) 571-6600 <br> dgibbs@ycst.com <br> nrohrer@ycst.com <br> rvrana@ycst.com <br><br> *Attorneys for Defendants Mark Pincus, John Schappert, William Gordon, Reid Hoffman, Jeffrey Katzenberg, Stanley J. Meresman, Sunil Paul, Owen Van Natta, and Zynga Inc.* |

## ORDER GRANTING MOTION

  IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Jordan Eth, Esquire, Anna Erickson White, Esquire, and Kevin Calia, Esquire is GRANTED.

Date: _____, 2013

                     United States Judge

01:13643965.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: May 31, 2013

_____
Jordan Eth
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
(415) 268-7000
jeth@mofo.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: May 31, 2013

Anna Erickson White
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000
awhite@mofo.com

01:13643984.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: May 31, 2013

_____
Kevin Calia
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000
kcalia@mofo.com

01:13643984.1

## **CERTIFICATE OF SERVICE**

I, Robert M. Vrana, Esquire, hereby certify that on May 31, 2013, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| Elizabeth M. McGeever, Esq. | Gregory V. Varallo, Esq. |
| J. Clayton Athey, Esq. | Thomas A. Uebler, Esq. |
| PRICKETT, JONES & ELLIOTT, P.A. | Robert L. Burns, Esq. |
| 1310 King Street | RICHARDS, LAYTON & FINGER, P.A. |
| Wilmington, DE 19801 | One Rodney Square |
| emmcgeever@prickett.com | 920 North King Street |
| jcathey@prickett.com | Wilmington, Delaware 19801 |
| | varallo@rlf.com |
| | uebler@rlf.com |
| | burns@rlf.com |

I further certify that on May 31, 2013, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel.

*/s/ Robert M. Vrana*
Robert M. Vrana (No. 5666)

01:13604112.1