## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

WENDY LEE, individually and on behalf of all    )
others similarly situated,                      )
                                                )
                                                )
            Plaintiff,                          )
                                                )
    v.                                          )    Case No.  1:13-cv-00834-SLR
                                                )
MARK PINCUS, JOHN SCHAPPERT, WILLIAM            )
GORDON, REID HOFFMAN, JEFFERY                   )
KATZENBERG, STANLEY J. MERESMAN,                )
SUNIL PAUL, OWEN VAN NATTA, MORGAN              )
STANLEY & CO. LLC, GOLDMAN, SACHS &             )
CO., AND ZYNGA INC.,                            )
                                                )
            Defendants.                         )

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions

*pro hac vice* of Bruce Angiolillo, Jonathan Youngwood, and Jeffrey Roether of Simpson

Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017-3954; and

Simona G. Strauss of Simpson Thacher & Bartlett LLP, 2475 Hanover Street, Palo Alto,

California 94304 to represent Defendants Morgan Stanley & Co. LLC and Goldman, Sachs &

Co. in this matter.

RLF1 8699306v.1

OF COUNSEL

SIMPSON THACHER &
BARTLETT LLP
Bruce D. Angiolillo
Jonathan K. Youngwood
Jeffrey Roether
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000
bangiolillo@stblaw.com
jyoungwood@stblaw.com
jroether@stblaw.com

Simona G. Strauss
2475 Hanover Street
Palo Alto, California 94304
(650) 251-5000
sstrauss@stblaw.com

/s/ Robert L. Burns (#5314)
Gregory V. Varallo (#2242)
Thomas A. Uebler (#5074)
Robert L. Burns (#5314)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
(302) 651-7700
varallo@rlf.com
uebler@rlf.com
burns@rlf.com

*Attorneys for Defendants Morgan Stanley &
Co. LLC and Goldman, Sachs & Co.*

Dated:  June 11, 2013


        IT IS SO ORDERED this _____ day of June, 2013.


                                    _____
                                                United States District Judge

2

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Bruce D. Angiolillo
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000
bangiolillo@stblaw.com

Dated: June 10, 2013

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Jonathan K. Youngwood
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000
jyoungwood@stblaw.com

Dated: June _10_, 2013

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Jeffrey Roether
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000
jroether@stblaw.com

Dated: June /0. 2013

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of California and New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Simona G. Strauss
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California 94304
(650) 251-5000
sstrauss@stblaw.com

Dated: June 7, 2013

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on June 11, 2013, copies of the foregoing document were

caused to be served by e-file on the following counsel of record:

Elizabeth M. McGeever (#2057)
J. Clayton Athey (#4378)
PRICKETT, JONES & ELLIOTT, P.A.
1310 King Street
Wilmington, DE 19801
(302) 888-6500
emmcgeever@prickett.com
jcathey@prickett.com

Danielle Gibbs (#3698)
Nicholas J. Rohrer (#5381)
Paul J. Loughman (#5508)
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19899-0391
(302) 571-6600
dgibbs@ycst.com
nrohrer@ycst.com
ploughman@ycst.com

*/s/ Robert L. Burns* (#5314)
Robert L. Burns (#5314)
Burns@rlf.com