IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WENDY LEE, individually and on behalf of all others similarly situated, )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>MARK PINCUS, JOHN SCHAPPERT, WILLIAM )<br>GORDON, REID HOFFMAN, JEFFREY )<br>KATZENBERG, STANLEY J. MERESMAN, )<br>SUNIL PAUL, OWEN VAN NATTA, MORGAN )<br>STANLEY & CO. LLC, GOLDMAN, SACHS & )<br>CO., AND ZYNGA INC., )<br>)<br>Defendants. ) | C.A. No. 1:13-cv-00834-SLR |

## UNDERWRITER DEFENDANTS' JOINDER IN THE ZYNGA DEFENDANTS' REPLY BRIEF IN SUPPORT OF ZYNGA DEFENDANTS' MOTION TO DISMISS

Defendants Morgan Stanley & Co. LLC and Goldman, Sachs & Co. (the "Underwriter Defendants"), by and through their undersigned attorneys, hereby join in the arguments made in the Reply Brief in Support of Zynga Defendants' Motion to Dismiss (the "Zynga Reply Brief") filed by Defendants Zynga Inc., Mark Pincus, John Schappert, William Gordon, Reid Hoffman, Jeffrey Katzenberg, Stanley J. Meresman, Sunil Paul, and Owen Van Natta (collectively, the "Zynga Defendants") (D.I. 20.).

The Underwriter Defendants note that plaintiff Wendy Lee ("Plaintiff") has done nothing to explain why the claim against the Underwriter Defendants for "aiding and abetting breach of fiduciary duty" should not be dismissed with prejudice. Indeed, Plaintiff failed in her opposition brief to respond in any fashion to the arguments raised by the Underwriter Defendants in their brief (the "Underwriters' Brief") (D.I. 17). As explained in the Underwriters' Brief, there is no private cause of action for aiding and abetting securities fraud—which is the real basis for Plaintiff's complaint. *Stoneridge Inv. Partners, LLC v. Scientific-Atlanta, Inc.*, 552 U.S. 148,

RLF1 8879743v.1

158 (2008); *see also Cent. Bank of Denver, N.A. v. First Interstate Bank of Denver, N.A.*, 511 U.S. 164, 191 (1994) ("Because the text of § 10(b) does not prohibit aiding and abetting, we hold that a private plaintiff may not maintain an aiding and abetting suit under § 10(b)."); *Malack v. BDO Seidman, LLP*, 617 F.3d 743, 754 (3d Cir. 2010) (observing that, under *Stoneridge*, Section 10(b) liability does not extend to aiders and abettors).

Accordingly, the claim against the Underwriter Defendants for "aiding and abetting breach of fiduciary duty" should be dismissed with prejudice.

|  |  |
|---|---|
| OF COUNSEL<br><br>SIMPSON THACHER &<br>BARTLETT LLP<br>Bruce D. Angiolillo<br>Jonathan K. Youngwood<br>Jeffrey Roether<br>425 Lexington Avenue<br>New York, New York 10017-3954<br>(212) 455-2000<br>bangiolillo@stblaw.com<br>jyoungwood@stblaw.com<br>jroether@stblaw.com<br><br>Simona G. Strauss<br>2475 Hanover Street<br>Palo Alto, California 94304<br>(650) 251-5000<br>sstrauss@stblaw.com | /s/ Gregory V. Varallo (#2242)<br>Gregory V. Varallo (#2242)<br>Thomas A. Uebler (#5074)<br>Robert L. Burns (#5314)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>varallo@rlf.com<br>uebler@rlf.com<br>burns@rlf.com<br><br>*Attorneys for Defendants Morgan Stanley &<br>Co. LLC and Goldman, Sachs & Co.* |

Dated: July 8, 2013

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on July 8, 2013, copies of the foregoing document were caused to be served by e-file on the following counsel of record:

Elizabeth M. McGeever (#2057)
J. Clayton Athey (#4378)
PRICKETT, JONES & ELLIOTT, P.A.
1310 King Street
Wilmington, DE 19801
(302) 888-6500
emmcgeever@prickett.com
jcathey@prickett.com

Danielle Gibbs (#3698)
Nicholas J. Rohrer (#5381)
Paul J. Loughman (#5508)
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19899-0391
(302) 571-6600
dgibbs@ycst.com
nrohrer@ycst.com
ploughman@ycst.com

*/s/ Robert L. Burns* (#5314)
Robert L. Burns (#5314)
Burns@rlf.com

RLF1 8886644v.1